# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                              Case No. 13 B 10919

     Bonita Keaton


     Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/19/2013.

2) The plan was confirmed on  NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was Dismissed on 07/08/2013.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 5.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$0.00**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$0.00** |

Attorney fees paid and disclosed by debtor:        $500.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| acc international | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |
| Advocate South Suburban Hospital | Unsecured | 1,125.60 | NA | NA | 0.00 | 0.00 |
| Affinity Cash Loans | Unsecured | 988.65 | NA | NA | 0.00 | 0.00 |
| Afni | Unsecured | 232.36 | NA | NA | 0.00 | 0.00 |
| Afni, Inc. (Original Creditor:At T) | Unsecured | 838.00 | NA | NA | 0.00 | 0.00 |
| Alliance One | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| American Accounts Ad | Unsecured | 475.00 | NA | NA | 0.00 | 0.00 |
| American Accounts Ad | Unsecured | 378.00 | NA | NA | 0.00 | 0.00 |
| American Accounts Ad | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| American Financial Cre | Unsecured | 2,246.00 | NA | NA | 0.00 | 0.00 |
| Americash Loans | Unsecured | 358.00 | NA | NA | 0.00 | 0.00 |
| Anchor Receivables Management | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Arrow Financial Services | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 1,177.35 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance LLC | Unsecured | 1,981.73 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Associated St James Radiologists | Unsecured | 667.00 | NA | NA | 0.00 | 0.00 |
| Bay Area Credit Servic (Original Credito | Unsecured | 1,580.00 | NA | NA | 0.00 | 0.00 |
| Bay Area Credit Service | Unsecured | 866.70 | NA | NA | 0.00 | 0.00 |
| Black Expressions Book Club | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| C.B. U.S.A | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Caine & Weiner | Unsecured | 483.42 | NA | NA | 0.00 | 0.00 |
| California Recovery Systems | Unsecured | 141.84 | NA | NA | 0.00 | 0.00 |
| Capital Management Services | Unsecured | 548.99 | NA | NA | 0.00 | 0.00 |
| Cash land | Unsecured | 718.00 | NA | NA | 0.00 | 0.00 |
| Cavalry Portfolio Services, LLC | Unsecured | 392.08 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Check into Cash | Unsecured | 447.79 | NA | NA | 0.00 | 0.00 |
| Check N Go | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Chicago Sun Timed | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Chicago Tribune | Unsecured | 22.50 | NA | NA | 0.00 | 0.00 |
| Clear Check Inc | Unsecured | 711.33 | NA | NA | 0.00 | 0.00 |
| Collect Sys (Original Creditor:Medical) | Unsecured | 1,582.00 | NA | NA | 0.00 | 0.00 |
| Columbia House Membership | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Como Law Firm | Unsecured | 884.34 | NA | NA | 0.00 | 0.00 |
| consultants in pathology | Unsecured | 43.35 | NA | NA | 0.00 | 0.00 |
| Contract Callers Inc | Unsecured | 1,400.72 | NA | NA | 0.00 | 0.00 |
| Credit Management Lp | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Lp | Unsecured | 623.00 | NA | NA | 0.00 | 0.00 |
| credit Managment | Unsecured | 1,454.92 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 1,350.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 750.61 | NA | NA | 0.00 | 0.00 |
| Creditors Collection B | Unsecured | 667.00 | NA | NA | 0.00 | 0.00 |
| Creditors Resource Service | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Customer Care Management | Unsecured | 333.00 | NA | NA | 0.00 | 0.00 |
| Day Knight & Associates | Unsecured | 123.41 | NA | NA | 0.00 | 0.00 |
| DECA Financial Services, LLC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Delaware Asset Mgmt | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Diversified Adj Services | Unsecured | 428.21 | NA | NA | 0.00 | 0.00 |
| dr. mulamalla & dr dehnee | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Eagle Recovery Associates, Inc. | Unsecured | 399.99 | NA | NA | 0.00 | 0.00 |
| Ebony | Unsecured | 24.00 | NA | NA | 0.00 | 0.00 |
| EMP of Cook County LLC | Unsecured | 866.70 | NA | NA | 0.00 | 0.00 |
| EMP of Cook County, LLC | Unsecured | 486.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Company, LLC | Unsecured | 1,454.00 | NA | NA | 0.00 | 0.00 |
| Escallate Llc | Unsecured | 3,490.00 | NA | NA | 0.00 | 0.00 |
| Escallate, LLC | Unsecured | 1,073.25 | NA | NA | 0.00 | 0.00 |
| Fair Collections & Outsourcing | Unsecured | 3,098.92 | NA | NA | 0.00 | 0.00 |
| FedChex Recovery | Unsecured | 342.21 | NA | NA | 0.00 | 0.00 |
| First Cash Financial Services | Unsecured | 663.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 406.00 | NA | NA | 0.00 | 0.00 |
| Franciscan St. James Health | Unsecured | 1,618.27 | NA | NA | 0.00 | 0.00 |
| FST Premie | Unsecured | 429.00 | NA | NA | 0.00 | 0.00 |
| Fulton Friedman & Gullace LLP | Unsecured | 2,019.79 | NA | NA | 0.00 | 0.00 |
| Harvard Collection Services, Inc. | Unsecured | 1,078.53 | NA | NA | 0.00 | 0.00 |
| Heller and Frisone | Unsecured | 160.58 | NA | NA | 0.00 | 0.00 |
| Home Choice | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| I.C. System Inc. | Unsecured | 838.00 | NA | NA | 0.00 | 0.00 |
| IC Systems Inc. | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| Illinois Department of Human ser | Unsecured | 65.12 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue | Priority | 545.36 | NA | NA | 0.00 | 0.00 |
| Illinois Title Loans | Unsecured | 1,526.00 | NA | NA | 0.00 | 0.00 |
| instyler | Unsecured | 167.86 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 15,000.00 | 10,941.71 | 10,941.71 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 0.00 | 7,844.50 | 7,844.50 | 0.00 | 0.00 |
| J.C. Christensen & Associates | Unsecured | 687.39 | NA | NA | 0.00 | 0.00 |
| Jet | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| John H Stoger Hospital | Unsecured | 427.00 | NA | NA | 0.00 | 0.00 |
| L& L Veterinary | Unsecured | 180.98 | NA | NA | 0.00 | 0.00 |
| Law Offices of Mitchell N. Kay | Unsecured | 15,104.32 | NA | NA | 0.00 | 0.00 |
| Malacko Law Group | Unsecured | 884.34 | NA | NA | 0.00 | 0.00 |
| MCM | Unsecured | 395.66 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau | Unsecured | 178.00 | NA | NA | 0.00 | 0.00 |
| Medsource LLC | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 13.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding (Original Creditor:Tribu | Unsecured | 888.00 | NA | NA | 0.00 | 0.00 |
| Mira Med Revenue Group | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Miracle Financial Inc | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Miramedrg (Original Creditor:Medical) | Unsecured | 8,944.00 | NA | NA | 0.00 | 0.00 |
| Monarch law offices | Unsecured | 731.65 | NA | NA | 0.00 | 0.00 |
| Monarch Law Offices | Unsecured | 190.66 | NA | NA | 0.00 | 0.00 |
| Mrsi | Unsecured | 524.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collection Services | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| NAFS | Unsecured | 293.54 | NA | NA | 0.00 | 0.00 |
| Nars | Unsecured | 429.92 | NA | NA | 0.00 | 0.00 |
| National Credit Adjusters | Unsecured | 385.00 | NA | NA | 0.00 | 0.00 |
| national union fire Insurance co | Unsecured | 551.40 | NA | NA | 0.00 | 0.00 |
| NCA | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial | Unsecured | 38.61 | NA | NA | 0.00 | 0.00 |
| Nicor | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Northstar Location Services | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Penn Credit | Unsecured | 436.41 | NA | NA | 0.00 | 0.00 |
| pentagroup | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Phillips and Cohen Associates | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Plaza Associates | Unsecured | 78.75 | NA | NA | 0.00 | 0.00 |
| Plumm Realty | Unsecured | 1,262.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 334.45 | NA | NA | 0.00 | 0.00 |
| Prevalence health | Unsecured | 696.44 | NA | NA | 0.00 | 0.00 |
| QC Financial Services | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Receivable Performance Management | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Region Recov (Original Creditor:Medical) | Unsecured | 3,948.00 | NA | NA | 0.00 | 0.00 |
| Revenue Cycle Solutions Inc. | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Rjm Acq Llc (Original Creditor:Black Exp | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| Rjm Acq Llc (Original Creditor:Literary | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions | Unsecured | 100.52 | NA | NA | 0.00 | 0.00 |
| RMCB | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Rushmore Services Center | Unsecured | 405.61 | NA | NA | 0.00 | 0.00 |
| Santa Barbara Bank & Trust | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| Schwan's Home Services | Unsecured | 132.00 | NA | NA | 0.00 | 0.00 |
| Sentry Credit, Inc | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Shamrock Marketing Inc. | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| Sko Brenner American | Unsecured | 167.86 | NA | NA | 0.00 | 0.00 |
| Southwest Credit | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Southwest Laboratory | Unsecured | 34.20 | NA | NA | 0.00 | 0.00 |
| St. James Anesthesia | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| St. James Hospital | Unsecured | 2,984.75 | NA | NA | 0.00 | 0.00 |
| St. James Hospital & Health Center | Unsecured | 4,985.49 | NA | NA | 0.00 | 0.00 |
| St. Margaret Mercy | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| State Retirement Systems | Unsecured | 25,612.00 | NA | NA | 0.00 | 0.00 |
| Sun Cash | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| Sunrise Credit Services, Inc. | Unsecured | 241.89 | NA | NA | 0.00 | 0.00 |
| Superior Asset Management | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Titlemax Of Illinois | Secured | 2,200.00 | 1,631.05 | 1,631.05 | 0.00 | 0.00 |
| Torres Credit Services | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Trackers, Inc | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Transworld Systems Inc | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Trauner Cohen & Thomas | Unsecured | 1,919.53 | NA | NA | 0.00 | 0.00 |
| Tribute | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Trident Asset Manageme | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| United Cash Loans | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| US Weekly | Unsecured | 62.50 | NA | NA | 0.00 | 0.00 |
| Village of Homewood | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| WellGroup Health Partners | Unsecured | 7,562.80 | NA | NA | 0.00 | 0.00 |
| Wilber & Associates | Unsecured | 1,083.68 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $1,631.05 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$1,631.05** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $7,844.50 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$7,844.50** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$10,941.71** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| | |
| **TOTAL DISBURSEMENTS** : | **$0.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/15/2013                    By: /s/ Marilyn O. Marshall
                                         Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**